ZENICA SEGERMAN, Appellant, v LUTHERAN MEDICAL CENTER et al., Respondents.

Submitted December 22, 2014; decided January 20, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.